**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000695**
**28-MAY-2026**
**08:15 AM**
**Dkt. 267 ODMR**

NO. CAAP-23-0000695
(Consolidated with No. CAAP-24-0000314)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RONDA BESELT, Plaintiff-Appellant,
v.
WALDORF=ASTORIA MANAGEMENT LLC,
a foreign limited liability company,
Defendant/Cross-claim Defendant-Appellee, and
DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Defendant/Cross-claimant-Appellee, and
JOHN DOES 1-5; JANE DOES 1-5; ROE CORPORATIONS 1-5;
ROE NON-PROFIT CORPORATIONS 1-5; and
ROE GOVERNMENTAL AGENCIES 1-5, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000597)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant Ronda
Melnychuk-**Beselt**'s May 21, 2026 Motion for Reconsideration, the
papers in support, and the record, it appears Beselt has not
shown a point of law or fact this court overlooked or

misapprehended in the May 11, 2026 Order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 28, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge